FEELTR3(08/09)

# United States Bankruptcy Court
## Northern District of Oklahoma

**Michael Williams**
Clerk, U. S. Bankruptcy Court

Room 105
224 South Boulder Avenue
Tulsa, Oklahoma 74103
www.oknb.uscourts.gov

**Telephone**
(918) 699–4000

July 3, 2019

Tonnie Chicke Nichols
Boris Bernard Nichols
8562 E 32nd St
Tulsa, OK 74145

Case No.: 19–11334–R
Chapter: 13

Dear Debtors :

On 06/28/2019, the Court entered an Order Denying Application to Pay Filing Fees in Installments. Unpaid filing fees in the amount of $310.00 remain due and payable. Payments shall be paid with cash, money order or cashier's check. Cash payments shall be for the exact amount as the Clerk's office cannot make change. Money orders / cashier's checks should be made payable to Clerk, United States Bankruptcy Court. Payments must include a reference to your name and case number.

<u>July 3, 2019</u>
Date

**MICHAEL L. WILLIAMS
CLERK, U.S. BANKRUPTCY COURT**