MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

### U.S. Bankruptcy Court

### Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from N, Brenda entered on 7/26/2019 at 12:00 PM CDT and filed on 7/26/2019

| | |
|---|---|
| **Case Name:** | Tonnie Chicke Nichols and Boris Bernard Nichols |
| **Chapter:** | 13 |
| **Case Number:** | 19-11334-R |
| **Document Number:** | 19 |

**Docket Text:**
ORDER TO SHOW CAUSE AND SETTING TELEPHONIC HEARING. Debtors have not filed a Certificate of Credit Counseling as required by 11 U.S.C. Section 109(h)and Bankruptcy Rule 1007(b)(3) and (c). IT IS ORDERED AND NOTICE IS GIVEN that Debtors shall appear at a telephonic hearing on 8/7/2019 at 02:30 PM and show cause why the bankruptcy case should not be dismissed for incomplete filing. Counsel and parties participating in the hearing shall DIAL-IN to the hearing using the toll-free dial-in number of **877-336-1839** and the Access Code of **7988277#**. Matters on the Chapter 13 Docket will be called in the same manner as if the hearings were being held in Courtroom 1. Participants should refer to Participant Instructions and Telephonic Hearing Protocol . SO ORDERED by Chief Judge Dana L. Rasure (RE: related document(s)[6] 14 Day Incomplete Filing - Credit Counseling, [17] 14 Day Incomplete Filing - Credit Counseling). *This entry is the Official Order of the Court. No document is attached.* CERTIFICATE OF SERVICE via U.S. Mail to: Certificate of Service via US Mail to: Boris Bernard Nichols and Tonnie Chicke Nichols, 8562 E. 32nd St., Tulsa OK 74145 (N, Brenda)

**19-11334-R Notice will be electronically mailed to:**

Lonnie D. Eck
peck@eckchapter13.com, ecf@eckchapter13.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

**19-11334-R Notice will not be electronically mailed to:**

MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

### U.S. Bankruptcy Court

### Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from N, Brenda entered on 7/26/2019 at 12:00 PM CDT and filed on 7/26/2019

**Case Name:**           Tonnie Chicke Nichols and Boris Bernard Nichols
**Chapter:**             13
**Case Number:**         19-11334-R
**Document Number:** 19

**Docket Text:**
ORDER TO SHOW CAUSE AND SETTING TELEPHONIC HEARING. Debtors have not filed a Certificate of Credit Counseling as required by 11 U.S.C. Section 109(h)and Bankruptcy Rule 1007(b) (3) and (c). IT IS ORDERED AND NOTICE IS GIVEN that Debtors shall appear at a telephonic hearing on 8/7/2019 at 02:30 PM and show cause why the bankruptcy case should not be dismissed for incomplete filing. Counsel and parties participating in the hearing shall DIAL-IN to the hearing using the toll-free dial-in number of **877-336-1839** and the Access Code of **7988277#**. Matters on the Chapter 13 Docket will be called in the same manner as if the hearings were being held in Courtroom 1. Participants should refer to Participant Instructions and Telephonic Hearing Protocol . SO ORDERED by Chief Judge Dana L. Rasure (RE: related document(s)[6] 14 Day Incomplete Filing - Credit Counseling, [17] 14 Day Incomplete Filing - Credit Counseling). *This entry is the Official Order of the Court. No document is attached.* CERTIFICATE OF SERVICE via U.S. Mail to: Certificate of Service via US Mail to: Boris Bernard Nichols and Tonnie Chicke Nichols, 8562 E. 32nd St., Tulsa OK 74145 (N, Brenda)


**19-11334-R Notice will be electronically mailed to:**

Lonnie D. Eck
peck@eckchapter13.com, ecf@eckchapter13.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

**19-11334-R Notice will not be electronically mailed to:**

**The following is the list of parties who are not on the list to receive e-mail notices for this case (who MAY therefore require manual noticing):**

Boris Bernard Nichols
8562 E 32nd St
Tulsa, OK 74145

Tonnie Chicke Nichols
8562 E 32nd St
Tulsa, OK 74145

**The following is the list of parties who are not on the list to receive e-mail notices for this case (who MAY therefore require manual noticing):**

Boris Bernard Nichols
8562 E 32nd St
Tulsa, OK 74145

Tonnie Chicke Nichols
8562 E 32nd St
Tulsa, OK 74145